# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV 7104                          Purchased/Filed: August 9, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

Board of Trustees of the Local 174 Pension Fund        Plaintiff

against

Premier Veal, Inc.        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ August 16, 2007 _____, at _2:00 pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Civil Cover Sheet, Summons in a Civil Action, and Complaint

on

_____ Premier Veal, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _38_    Approx. Wt: _145_    Approx. Ht: _5'5"_
Color of skin: _White_    Hair color: _Blonde_    Sex: _F_    Other: _____

Sworn to before me on this

_17th_ day of _____ August, 2007 _____

DONNA M TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP070696-4