IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND, | : | |
| Plaintiff, | : | 07 Civ. 7104 (JFK) (DCF) |
| v. | : | |
| PREMIER VEAL, INC., | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

---

To the Clerk of this Court and all parties of record:

Please enter the appearance of Russell L. Hirschhorn of Proskauer Rose LLP as counsel of record in this case for Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund.

I certify that I am admitted to practice in this Court.

Dated:  December 14, 2007
         New York, New York

PROSKAUER ROSE LLP

By:  /s/Russell L. Hirschhorn
     Russell L. Hirschhorn (RH-3394)
1585 Broadway
New York, New York 10036-8299
P:  212.969.3286
F:  212.969.2900
*Attorneys for Plaintiff*