PROSKAUER ROSE LLP
Russell L. Hirschhorn (RH-3394)
Kevin J. Pflug (KP-2416)
1585 Broadway
New York, New York 10036-8299

*Attorneys for Plaintiff*
*Board of Trustees of the UFCW Local 174 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

BOARD OF TRUSTEES OF THE UFCW
LOCAL 174 PENSION FUND,

        Plaintiff,

        v.

PREMIER VEAL, INC.,

        Defendant.

------------------------------------------------

07 Civ. 7104 (GBD)

**NOTICE OF MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANT PREMIER VEAL, INC.**

Document Electronically Filed

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of the Plaintiff's Motion for a Default Judgment, the Declaration of Brandi Lauletti and the exhibits attached thereto, the Declaration of Kent A. Spade and the exhibit attached thereto, and the Declaration of Kevin J. Pflug and the exhibits attached thereto, all of which are submitted herewith, and upon all papers and proceedings heretofore had herein, the undersigned will move this Court before the Honorable George B. Daniels, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007 in Courtroom 15D, on a date to be determined by the Court for entry of a Judgment by Default in favor of Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund and against Defendant Premier Veal, Inc. in the amount of $2,687,975.18 for withdrawal liability, accumulated interest, attorneys' fees and costs.

Dated  New York, New York
       February 26, 2008

                                      PROSKAUER ROSE LLP
                                      Attorneys for Plaintiffs

                                      By:   <u>s/ Russell L. Hirschhorn</u>
                                                 Russell L. Hirschhorn (RH-3394)
                                                 Kevin J. Pflug (KP-2416)
                                      1585 Broadway
                                      New York, New York 10036-8299
                                      P: 212.969.3286
                                      F: 212.969.2900
                                      *Attorneys for Plaintiff*

TO:   Premier Veal, Inc.
        555 West Street
        New York, New York  10014

2