(Kevin T Hug)

# EXHIBIT

# B

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV7104                                    Purchased/Filed:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

Board of Trustees of the UFCW Local 174 Pension Fund                    Plaintiff

against

Premier Veal, Inc.                                                      Defendant

---

STATE OF NEW YORK            SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ October 16, 2007 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Clerk's Certificate of Default of Defendant Premier Veal, Inc.

on

_____ Premier Veal, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__

Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other: _____

Sworn to before me on this

__16th__ day of _____ October, 2007 _____

DONNA M. TIDINGS                                        Jessica Miller
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011                Invoice•Work Order # SP0708627