# EXHIBIT C

(Kevin Pflug)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

BOARD OF TRUSTEES OF THE UFCW : 07 Civ. 7104 (JFK) (DCF)
LOCAL 174 PENSION FUND,

      Plaintiff, : **CLERK'S CERTIFICATE OF**
: **DEFAULT OF DEFENDANT**
      v. : **PREMIER VEAL, INC.**

PREMIER VEAL, INC.,

      Defendant.

----------------------------------------------------------

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the entries in the above-entitled action indicate that the summons and complaint were filed on August 9, 2007, that Defendant Premier Veal, Inc. was served by Jessica Miller with true copies of the summons and complaint on August 16, 2007, by service on Donna Christie, an authorized agent in the Office of the Secretary of State of the State of New York, and that proof of service was filed with the Court on August 21, 2007.

    I further certify that the docket entries indicate that Defendant Premier Veal, Inc. has not filed an answer, appearance or otherwise moved with respect to the complaint and Defendant's time to respond has expired. The default of Defendant Premier Veal, Inc. is hereby noted.

Dated: New York, New York
      October __/o__, 2007

                                                                              CLERK