(Kevin Plug)

# EXHIBIT

# D

PROSKAUER ROSE LLP
Russell L. Hirschhorn (RH-3394)
Kevin J. Pflug (KP-2416)
1585 Broadway
New York, New York 10036-8299

*Attorneys for Plaintiff*
*Board of Trustees of the UFCW Local 174 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

BOARD OF TRUSTEES OF THE UFCW
LOCAL 174 PENSION FUND,                :   07 Civ. 7104 (GBD)

    Plaintiff,

    v.                                :   **STATEMENT OF DAMAGES**

                                      :   Document Electronically Filed

PREMIER VEAL, INC.,

    Defendant.

------------------------------------------------------------

| | |
|---|---|
| Withdrawal liability | $ 2,611,300.00 |
| Interest accrued on withdrawal liability through 5/9/2007 | $ 70,260.18 |
| Costs | $ 350.00 |
| Attorneys' fees | $ 6,065.00 |
| TOTAL AMOUNT SOUGHT ON DEFAULT: | $ 2,687,975.18 |

Dated: February 26, 2008

        Respectfully submitted,

        PROSKAUER ROSE LLP

        By: s/ Russell L. Hirschhorn
           Russell L. Hirschhorn (RH-3394)
           Kevin J. Pflug (KP-2416)
        1585 Broadway
        New York, New York 10036-8299
        P: 212.969.3286
        F: 212.969.2900
        *Attorneys for Plaintiff*