(Kevin Phua)

# EXHIBIT

# E

UFCW LOCAL 174 PENSION FUND
900 SOUTH AVENUE, 2ND FLOOR, SUITE 64
STATEN ISLAND, NY  10314

\* \* \* \* \* \*
January 25, 2008

ATTENTION:  MS. BRANDI LAULETTI, FUND ADMINISTRTOR

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY  10036-8299

Employer Identification No. 13-1840454

---

CLIENT NAME: UFCW LOCAL 174 PENSION FUND
MATTER NAME: MASS WITHDRAWAL
FILE #:      74616.0003

FOR LEGAL SERVICES RENDERED INCLUDING DISBURSEMENTS AND
CHARGES INCURRED FOR THE MONTH ENDED JANUARY 25, 2008
AS SET FORTH IN THE ATTACHED PRINTOUT

| | |
|---|---|
| TOTAL FEES: | $6,065.00 |
| DISBURSEMENTS AND CHARGES: | $350.00 |
| TOTAL DUE: | $6,415.00 |

```
CLIENT:  UFCW LOCAL 174 PENSION FUND                      January 25, 2008
MATTER:  MASS WITHDRAWAL
PAGE:       2
```

DETAIL DESCRIPTION OF SERVICES RENDERED:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|------|--------|
| 07/28/07 | Drafted withdrawal liability complaint against Premier Veal<br>ASSOCIATE:  KEVIN J. PFLUG | 3.20 | 720.00 |
| 07/29/07 | Review and respond to emails from K. Pflug re preparing complaints against employers for withdrawal liability.<br>ASSOCIATE:  AMY COVERT | .50 | 197.50 |
| 08/03/07 | Review and revise complaints for withdrawal liability against Premier Veal, prepare emails to K. Pflug re Premier Veal Complaint<br>ASSOCIATE:  AMY COVERT | 1.00 | 395.00 |
| 08/06/07 | Review regarding Hansel and Gretel w/l request; conference with L. Laben; finalize letter to Employers.<br>PARTNER:  NEAL S. SCHELBERG | 2.80 | 2016.00 |
| 08/06/07 | Revising letter to Slade and Newman; emailing Proniewych re: same<br>ASSOCIATE:  LEAH E. LABEN | .30 | 102.00 |
| 08/09/07 | Conversation with Roger McLean re: the filing of Summon & Complaint and Civil Cover Sheet. (SDNY) (K. Pflug)<br>LIT. SUPPORT:  JAMES ROBERT BETHEA | .30 | 48.00 |
| 08/09/07 | Filed Summons and Complaint at SDNY for Kevin Pflug.<br>LIT. SUPPORT:  ROGER N. MCLEAN | 1.00 | 145.00 |
| 08/09/07 | Open New Docket for Neal Schelberg.<br>LIT. SUPPORT:  ROGER N. MCLEAN | .50 | 72.50 |
| 08/09/07 | Arranged for complaint against Premier Veal seeking withdrawal liability to be filed with the court<br>ASSOCIATE:  KEVIN J. PFLUG | 1.50 | 337.50 |
| 08/09/07 | Review email from K. Pflug re: Premier Veal Complaint<br>ASSOCIATE:  AMY COVERT | .10 | 39.50 |

```
CLIENT:   UFCW LOCAL 174 PENSION FUND                January 25, 2008
MATTER:   MASS WITHDRAWAL
PAGE:        3


08/10/07  Review and respond to emails from K. Pflug re:      1.00    395.00
          complaint against Premier Veal; review Court
          EFC emails re: complaint against Premier Veal
          ASSOCIATE:  AMY COVERT

08/15/07  Arranged for withdrawal liability complaint          .40     90.00
          against Premier Veal to be served via the NY
          Secretary of State
          ASSOCIATE:  KEVIN J. PFLUG

12/17/07  Drafted Lauletti Declaration                        1.50    337.50
          ASSOCIATE:  KEVIN J. PFLUG

12/17/07  Drafted Declaration of Kent Spade in Support of     1.50    337.50
          Fund's motion for a default judgment against
          Premier Veal
          ASSOCIATE:  KEVIN J. PFLUG

01/04/08  Revised declarations in support of motion for a     3.20    832.00
          default judgment
          ASSOCIATE:  KEVIN J. PFLUG
```

```
CLIENT:  UFCW LOCAL 174 PENSION FUND                January 25, 2008
MATTER:  MASS WITHDRAWAL
PAGE:       4
```

TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Total |
|---|---:|---:|---:|
| NEAL S. SCHELBERG | 2.80 | 720.00 | 2,016.00 |
|   TOTAL FOR PARTNER | 2.80 | | 2,016.00 |
| AMY COVERT | 2.60 | 395.00 | 1,027.00 |
| LEAH E. LABEN | .30 | 340.00 | 102.00 |
| KEVIN J. PFLUG | 11.30 | 234.91 | 2,654.50 |
|   TOTAL FOR ASSOCIATE | 14.20 | | 3,783.50 |
| JAMES ROBERT BETHEA | .30 | 160.00 | 48.00 |
| ROGER N. MCLEAN | 1.50 | 145.00 | 217.50 |
|   TOTAL FOR LIT. SUPPORT | 1.80 | | 265.50 |
|   MATTER TOTAL: | 18.80 | | $6,065.00 |

```
CLIENT:  UFCW LOCAL 174 PENSION FUND                January 25, 2008
MATTER:  MASS WITHDRAWAL
PAGE:       5
```

DISBURSEMENTS AND CHARGES

| DESCRIPTION: | AMOUNT |
|---|---|
| FILING FEES | 350.00 |
| TOTAL DISBURSEMENTS AND CHARGES FOR THIS MATTER: | $350.00 |

7212/74616-003 Current/10620724v1