*Brandi Lanletti*

# EXHIBIT

# C

 

540 WEST 48TH STREET • NEW YORK, NEW YORK 10036-1130 • 212 307-7007

March 8, 2007

**By Certified Mail/ Return Receipt Requested**

Mark Hirschorn
Premier Veal, Inc.
555 West Street
New York, NY 10014

Re: Notice of Failure to Make Payments on Withdrawal Liability
 **UFCW Local 174 Pension Fund**

Dear Mr. Hirschorn:

By letter dated October 27, 2006, UFCW Local 174 Pension Fund (the "Fund") notified Premier Veal, Inc. (the "Company") of its obligation to pay withdrawal liability in accordance with Section 4219(c) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") (the "Demand Letter"). Specifically, the Demand Letter stated that the Company's payment of withdrawal liability to the Fund is required to commence no later than 60 days after the date of such letter, notwithstanding any request for review or appeal of the determinations of the amount of the withdrawal liability or the schedule of payments The Demand Letter assessed withdrawal liability on the Company in the amount of $2,611,300, payable in 80 equal quarterly installment of $29,346. The initial payment was due on or before December 27, 2006.

According to our records, the Company has not made any payment to the Fund as required under the Fund's Demand Letter. Please be advised that if the Company's failure is not cured within 60 days of receipt of this notice, the Company will be deemed in default of its withdrawal liability as provided by Section 4219(c)(5) of ERISA. The Fund will then be entitled to require immediate payment of the outstanding amount of the Company's withdrawal liability, plus accrued interest. The Fund may assess such default penalties on the entire amount of the Company's withdrawal liability, as well as any court costs and attorneys' fees incurred in collecting such delinquency.

Payment should be made to the order of "UFCW Local 174 Pension Fund" and forwarded to the undersigned at the above address.

• UFCW LOCAL 174 PENSION FUND • UFCW LOCAL 174 RETAIL PENSION FUND • UFCW LOCAL 174 COMMERCIAL PENSION FUND •
• UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND • FUR WORKERS LOCAL 3F PENSION FUND • FUR SERVICE EMPLOYEES PENSION FUND •
• UNITED MECHANICS 150 PENSION FUND •

If you have any questions, please contact the undersigned.

Sincerely,

Board of Trustees of the
UFCW Local 174 Pension Fund

By: *[signature]*
Brandi Lauletti
Fund Administrator

cc:    Amy Covert, Esq.

| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   355 Food Ctr Dr
   Premier Veal, Inc  Bldg C-16
   ~~555 West Street~~
   ~~NY, NY 10014~~
   Bronx NY 10474
   ATTN: MARK HIRSCHORN

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ramon Rebel_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 3/30/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[USPS postmark: MAR 20 2007, HUNTS POINT STATION, NY 10474]

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

   7003 1010 0000 9672 9205

| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

