(Brandi Lauletti)

# EXHIBIT

# D

 

540 WEST 48TH STREET • NEW YORK, NEW YORK 10036-1130 • 212 307-7007

May 21, 2007

**By Certified Mail/ Return Receipt Requested**

Mark Hirschorn
Premier Veal, Inc.
555 West Street
New York, NY 10014

Re: Default on Withdrawal Liability
UFCW Local 174 Pension Fund

Dear Mr. Hirschorn:

By letter dated October 27, 2006, UFCW Local 174 Pension Fund (the "Fund") notified Premier Veal, Inc. (the "Company") of its obligation to pay withdrawal liability in accordance with Section 4219(c) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). At that time, the Company was provided with a demand for payment and payment schedule. By follow-up letter dated March 8, 2007, the Fund notified the Company of its failure to make payment and demanded that the Company cure the failure by making payment in accordance with the withdrawal liability payment schedule.

By letter dated March 13, 2007, Fund counsel responded to the Company's letter dated December 26, 2006, which made a request for review and appeal of the Company's withdrawal liability. In the March 13, 2007 letter, Fund counsel requested that the Company clarify the matters for review, and reiterated the Company's obligation to make payments notwithstanding any request for review. In addition, Fund counsel enclosed an Employer Questionnaire – Statement of Business Affairs, which the Company was required to complete and return within 30 days.

According to our records, the Company has not yet made payment as required, nor has it clarified the matters for review or returned the completed Employer Questionnaire – Statement of Business Affairs. As a result, and in accordance with Section 4219(c)(5) of ERISA, the Company is now in default of its withdrawal liability. The Board of Trustees hereby requires immediate payment of the outstanding amount of the Company's withdrawal liability, $2,611,300.00, plus accrued interest of $70,260.18, as shown in the enclosed schedule. To avoid legal action, please send a single payment of $2,681,560.18, made directly to the order of "UFCW Local 174 Pension Fund" and forwarded to the undersigned at the address above.

If you have any questions, please contact the undersigned.

Sincerely,

Board of Trustees of the
UFCW Local 174 Pension Fund

By: *[signature]*
Brandi Lauletti
Fund Administrator


cc:   Amy Covert, Esq.


Enclosure

**UFCW 174 Pension Fund**
**Accrued Interest for**
**Premier Veal, Inc.**

| | |
|---|---:|
| Date of demand letter | 10/27/2006 |
| Annual interest rate | 7.50% |
| First payment due (60 days from demand letter) | 12/26/2006 |
| Withdrawal liability amount | $2,611,300.00 |
| Accrued interest to 5/9/2007 | $70,260.18 |
| **Total payment due** | $2,681,560.18 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernesto Hurnando_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mark Hirschorn<br>Premier Veal, Inc.<br>555 West Street<br>New York, NY 10014 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>[USPS HUNT MAY 23 2007 postmark]<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0003 0037 8252 |

