PROSKAUER ROSE LLP
Russell L. Hirschhorn (RH-3394)
Kevin J. Pflug (KP-2416)
1585 Broadway
New York, New York  10036-8299

*Attorneys for Plaintiff*
*Board of Trustees of the UFCW Local 174 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

|  |  |
|---|---|
| BOARD OF TRUSTEES OF THE UFCW LOCAL 174 PENSION FUND, | : 07 Civ. 7104 (GBD) |
| Plaintiff, | : |
| v. | : **CERTIFICATE OF SERVICE** |
| PREMIER VEAL, INC., | : Document Electronically Filed |
| Defendant. | : |

--------------------------------------------------------

The undersigned, an attorney duly admitted to practice before the courts of the State of

New York and before this Court, hereby certifies that true and correct copies of the Notice of

Motion for Judgment by Default Against Premier Veal, Inc. dated February 26, 2008, together

with the Memorandum of Law in Support of Plaintiff's Motion for a Default Judgment, the

supporting Declarations of Brandi Lauletti, Kent Spade, and Kevin J. Pflug, and all of the

exhibits attached to said declarations were served upon Defendant Premier Veal, Inc. via the

Secretary of State of the State of New York pursuant to Section 306 of the Business Corporation

Law of the State of New York on February 26, 2008.

Dated: New York, New York
       February 26, 2008

                                    s/ Russell L. Hirschhorn
                                    Russell L. Hirschhorn