PROSKAUER ROSE LLP
Russell L. Hirschhorn (RH-3394)
Kevin J. Pflug (KP-2416)
1585 Broadway
New York, New York 10036-8299

*Attorneys for Plaintiff*
*Board of Trustees of the UFCW Local 174 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

. . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    :

BOARD OF TRUSTEES OF THE UFCW       :
LOCAL 174 PENSION FUND,             :   07 Civ. 7104 (GBD)
                                    :
            Plaintiff,              :
                                    :   **JUDGMENT BY DEFAULT AGAINST**
            v.                      :   **DEFENDANT PREMIER VEAL, INC.**
                                    :
PREMIER VEAL, INC.,                 :   Document Electronically Filed
                                    :
            Defendant.              :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    :


    This action having been commenced by the filing of a summons and complaint on Augsut

9, 2007, and true copies of the summons and complaint having been served upon Defendant

Premier Veal, Inc. on August 16, 2007 by Jessica Miller upon Donna Christie, an agent of the

Secretary of State of the State of New York, pursuant to Section 306 of the Business Corporation

Law of the State of New York, and proof of service having been filed with the Court on August

21, 2007, and said Defendant having failed to answer, appear or otherwise defend in this action

within the time permitted by law, there is no just reason to delay the entry of a judgment by

default against Defendant Premier Veal, Inc.;

    NOW, on motion of Proskauer Rose LLP, attorneys for Plaintiff, by Russell L.

Hirschhorn, Esq., it is hereby,

ORDERED AND ADJUDGED that Plaintiff Board of Trustees of the UFCW Local 174

Pension Fund, have judgment against Premier Veal, Inc. in the amount of $2,687,975.18 for

withdrawal liability, accumulated interest, attorneys' fees and costs.


Dated: New York, New York
   February 26, 2008

     MAR 0 5 2008

          Hon. George B. Daniels
          United States District Judge
        HON. GEORGE B. DANIELS

2

7212/74616-003  Current/10812983 v1